IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LAUREN HYMAN, *Individually and as Special Administrator of Estate of* Dennis James Hyman, Jr. *on behalf of* Wrongful Death Beneficiaries of Dennis James Hyman, Jr.                                                                                    PLAINTIFF

V.                               CASE NO. 4:17-CV-04050

LIVINGSTON TRUCKING, INC.; and DAVID
KENNETH CAMPBELL                                                                                               DEFENDANTS

## ORDER

Before the Court is Defendants' Motion for More Definite Statement. ECF No. 5. Defendants request that "the Court order Plaintiff to provide a more definite statement of the factual allegations upon which her claims are based." ECF No. 5. Plaintiff subsequently filed an Amended Complaint. ECF No. 8. "It is well-established that an amended complaint supersedes an original complaint and renders the original complaint without legal effect." *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000). As such, Defendants' Motion for More Definite Statement (ECF No. 5) is rendered moot and is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, on this 8th day of August, 2017.

                                                                              /s/ Susan O. Hickey
                                                                              Susan O. Hickey
                                                                              United States District Judge